**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANDERSON DESIGN GROUP, INC.,

      Plaintiff,                              Case No.: 1:25-cv-11011

v.                                    Judge Franklin U. Valderrama

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Albert Berry, III
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Amended Schedule A

[15] of the Amended Complaint.

| No. | Defendant |
|-----|-----------|
| 1 | CGCA |

This terminates the action.

DATED:  June 1, 2026                      Respectfully submitted,
                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt
                                        FL Bar No. 1036084 / IL Bar No. 6207971
                                        Keith A. Vogt PLLC
                                        1820 NE 163rd Street, Suite #306
                                        North Miami Beach, Florida 33162
                                        Telephone: 312-971-6752
                                        E-mail:  keith@vogtip.com
                                        ***ATTORNEY FOR PLAINTIFF***

1