## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Anderson Design Group, Inc.

                                   Plaintiff,

v.                                    Case No.: 1:25−cv−11011

                                        Honorable Franklin U. Valderrama

The Partnerships and Unincorporated
Associations Identified on Schedule A

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 2, 2026:

      MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to Plaintiff's notice of voluntary dismissal [17], this case is hereby dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i). Civil case terminated. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.